No. 311, Misc.   GRECO v. MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 315, Misc.   BROWN v. MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 346, Misc.   LILYROTH v. RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 200.   KRUGER v. WHITEHEAD, DOING BUSINESS AS WHITEHEAD Co., 332 U. S. 774.   Motion for leave to file a second petition for rehearing denied.

No. 458.   FIELDS v. UNITED STATES, 332 U. S. 851. Rehearing denied.   MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 95, Misc.   TARAS v. NEW YORK, 332 U. S. 818. Rehearing denied.

No. 135, Misc.   MCGREGOR v. RAGEN, WARDEN, 332 U. S. 819.   Rehearing denied.

No. 200, Misc.   HOLLER v. UNITED STATES, 332 U. S. 855.   Rehearing denied.